# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PMA MEDIA GROUP, INC.,<br><br>   Plaintiff(s),<br><br>vs.<br><br>RAPID RESPONSE MARKETING, LLC, et al.,<br><br>   Defendant(s). | 2:10−cv−00058−JCM−RJJ<br><br>MINUTES OF THE COURT<br><br>January 15, 2010 |

PRESENT:

The Honorable   James C. Mahan  , U.S. District Judge

Deputy Clerk:  Andrew Mennear         Recorder/Reporter:  None Appearing

Counsel for Plaintiff(s):  None Appearing       Counsel for Defendant(s):  None Appearing

**MINUTE ORDER IN CHAMBERS:**

 TO ALL PARTIES REMOVING ACTIONS TO THE COURT:

 You must, no later than fifteen (15) days from the date hereof, file and serve a signed statement under the above case number and caption that sets forth the following information:

1. The date(s) on which you were served with a copy of the complaint in the removed action.

2. The date(s) on which you were served with a copy of the summons.

3. In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of defendant's evidence of the amount in controversy.

4. If your notice of removal was filed more than thirty (30) days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal.

   5. In actions removed on the basis of the court's jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court.

   6. The name(s) of any defendant(s) known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not.

**IT IS FURTHER ORDERED** that all defendants who joined in the notice of removal may file the statement required by the foregoing jointly.

**IT IS FURTHER ORDERED** that counsel shall have thirty (30) days within which to file a Joint Status Report which must:

   1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

   2. Include a statement by counsel of action required to be taken by this court.

   3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

**IT IS FURTHER ORDERED** that the removing defendant(s) shall serve a copy of this Order on all other parties to the action no later than the time they file and serve a copy of the Statement required by this Order. A party who learns that the Statement(s) filed pursuant to this Order contain(s) incorrect information shall promptly notify this court in writing.

**IT IS SO ORDERED.**

The date of the Clerk's file stamp shall constitute the date of this order.


LANCE S. WILSON, CLERK


By:  /s/ Andrew Mennear
      Deputy Clerk