GORDON SILVER
BRADLEY J. RICHARDSON
Nevada Bar No. 1159
Email: brichardson@gordonsilver.com
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Email: jschwarz@gordonsilver.com
3960 Howard Hughes Parkway, Ninth Floor
Las Vegas, Nevada 89169-5978
Telephone: (702) 796-5555
Facsimile: (702) 369-2666
Attorneys for Defendant/Counter-Plaintiff/Third-Party Plaintiff
Rapid Response Marketing, LLC
and Defendant/Counter-Claimant Kevin De Vincenzi

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PMA MEDIA GROUP, INC., a Utah Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>RAPID RESPONSE MARKETING, LLC, a Nevada Limited Liability Company; KEVIN DE VINCENZI, an individual; DOES I through X; and ROE CORPORATIONS XI through XX,<br><br>　　　　　　　　Defendants.<br><br>RAPID RESPONSE MARKETING, LLC, a Nevada limited liability corporation,<br><br>　　　　Counter-Claimant and<br>　　　　Third-Party Plaintiff,<br><br>and<br><br>KEVIN DE VINCENZI, an individual,<br><br>　　　　　　　　Counter-Claimant,<br><br>v.<br><br>PMA MEDIA GROUP, INC., a Utah | CASE NO. 2:10-cv-0058-JCM-RJJ<br><br>**JOINT STATUS REPORT REGARDING REMOVED ACTION** |

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102334-001/847584

1

corporation,

                Counter-Defendant,

and

STEPHEN SCANLON, an individual,

                Third-Party Defendant.

    Plaintiff/Counter-Defendant PMA MEDIA GROUP, INC., by and through counsel, Ballard Spahr, LLP, and Defendant/Counter-Plaintiff/Third-Party Plaintiff Rapid Response Marketing, LLC and Defendant/Counter-Claimant Kevin De Vincenzi, by and through counsel, the law firm of Gordon Silver, hereby submit a Joint Status Report Regarding Removed Action as follows:

    All pleadings have been filed. The Temporary Restraining Order issued by the State Court has expired per NRCP 65(b)(2), and Plaintiff PMA Media Group, Inc. does not presently plan to re-notice its Motion for Preliminary Injunction. Accordingly, no immediate action or attention is required by the Court. Per the Federal Rules of Civil Procedure and Civil Local Rule 26-1(d), the parties plan to meet and confer regarding a Discovery Plan and Scheduling Order,

…

…

…

…

…

…

…

…

…

…

…

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102334-001/847584

and will file the same in due course.

DATED this 17th day of February, 2010.

| BALLARD SPAHR LLP | GORDON SILVER |
|---|---|
| /s/ | /s/ |
| STANLEY W. PARRY<br>Nevada Bar No. 1417<br>JACOB D. BUNDICK<br>Nevada Bar No. 9772<br>100 N. City Parkway, Suite 1750<br>Las Vegas, NV 89106<br>Tel: (702) 471-7000<br><br>MATTHEW L. MONCUR<br>*Admitted Pro Hac Vice*<br>201 South Main Street<br>Salt Lake City, UT 84111-2221<br>Tel: (801) 531-3000<br>Attorneys for Plaintiff PMA Media Group, Inc. | GORDON SILVER<br>Bradley J. Richardson<br>Nevada Bar No. 1159<br>JOEL Z. SCHWARZ<br>Nevada Bar No. 9181<br>3960 Howard Hughes Parkway, Ninth Floor<br>Las Vegas, Nevada 89169-5978<br>Tel:  (702) 796-5555<br>Attorneys for Counter-Plaintiff and Third-Party Plaintiff Rapid Response Marketing, LLC and Counter-Plaintiff Kevin De Vincenzi |

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102334-001/847584

3

and will file the same in due course.

DATED this 17th day of February, 2010.

| BALLARD SPAHR LLP | GORDON SILVER |
|---|---|
| /s/ | /s/ |
| STANLEY W. PARRY<br>Nevada Bar No. 1417<br>JACOB D. BUNDICK<br>Nevada Bar No. 9772<br>100 N. City Parkway, Suite 1750<br>Las Vegas, NV 89106<br>Tel: (702) 471-7000<br><br>MATTHEW L. MONCUR<br>*Admitted Pro Hac Vice*<br>201 South Main Street<br>Salt Lake City, UT 84111-2221<br>Tel: (801) 531-3000<br>Attorneys for Plaintiff/Counter-Defendant<br>PMA Media Group, Inc. | GORDON SILVER<br>Bradley J. Richardson<br>Nevada Bar No. 1159<br>JOEL Z. SCHWARZ<br>Nevada Bar No. 9181<br>3960 Howard Hughes Parkway, Ninth Floor<br>Las Vegas, Nevada 89169-5978<br>Tel:  (702) 796-5555<br>Attorneys for Counter-Plaintiff and Third-Party Plaintiff Rapid Response Marketing, LLC and Counter-Plaintiff Kevin De Vincenzi |

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102334-001/847584

3