Stanley W. Parry, Esq., Nevada Bar No. 1417
Jacob D. Bundick, Esq., Nevada Bar No. 9772
BALLARD SPAHR LLP
100 N. City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
parrys@ballardspahr.com
bundickj@ballardspahr.com

Matthew L. Moncur, Esq. (*Admitted Pro Hac Vice*)
BALLARD SPAHR LLP
Utah One Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111-2221
Telephone: (801) 531-3000
Facsimile: (801) 531-3001
moncurm@ballardspahr.com

Attorneys for Plaintiff/Counter Defendant
PMA MEDIA GROUP, INC.

and

Third-Party Defendant
STEPHEN SCANLON

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PMA MEDIA GROUP, INC., a Utah Corporation,<br><br>　　　　Plaintiff,<br>vs.<br><br>RAPID RESPONSE MARKETING, LLC, a Nevada Limited Liability Company, KEVIN DE VINCENZI, an individual; DOES I through X; and ROE CORPORATIONS XI through XX,<br><br>　　　　Defendants. | CASE NO.:  2:10-cv-0058-JCM-RJJ<br><br>**JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER (SPECIAL SCHEDULING REVIEW REQUESTED)** |
| RAPID RESPONSE MARKETING, LLC, a Nevada limited liability company,<br><br>Counter-Claimant and<br>Third-Party Plaintiff,<br><br>and<br><br>KEVIN DE VINCENZI, an individual, | |

DMWEST #7492939 v3

| | |
|---|---|
| 1 | Counter-Claimant, |
| 2 | |
| 3 | v. |
| 4 | PMA MEDIA GROUP, INC., a Utah corporation, |
| 5 | |
| 6 | Counter-Defendant, |
| 7 | and |
| 8 | STEPHEN SCANLON, an individual, |
| 9 | Third-Party Defendant. |

## JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER

## (SPECIAL SCHEDULING REVIEW REQUESTED)

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1, Plaintiff/Counter Defendant, PMA MEDIA GROUP, INC.; Defendant/Counter-Claimant/Third-Party Plaintiff, RAPID RESPONSE MARKETING, LLC; Defendant/Counter-Claimant, KEVIN DE VINCENZI; and Third-Party Defendant, STEPHEN SCANLON hereby submit the following proposed Joint Discovery Plan and Scheduling Order.

In accordance with FRCP Rule 26(f), a discovery conference between the parties was held on March 11, 2010. Jacob D. Bundick, Esq., of the law firm of Ballard Spahr LLP, for Plaintiff/Counter Defendant, PMA MEDIA GROUP, INC. and Third-Party Defendant, STEPHEN SCANLON; Bradley J. Richardson, Esq., of the law firm of Gordon & Silver, Ltd., for Defendant/Counter-Claimant/Third-Party Plaintiff, RAPID RESPONSE MARKETING, LLC; and Third-Party Defendant, KEVIN DE VINCENZI.

1. <u>Discovery Cut-Off Date</u>: Defendants first appeared on January 19, 2010. The parties propose the discovery cut-off date to be November 19, 2010, which is ten (10) months from the date the Defendants first appeared.

2. <u>Amending the Pleadings and Adding Parties</u>: The last date to file motions to amend the pleadings or add parties is August 20, 2010.

3. <u>FRCP 26(a) (2) Disclosures (Experts)</u>: Expert disclosures will be due by September 20, 2010 and rebuttal disclosures will be due by October 20, 2010.

4. <u>Dispositive Motions</u>: Dispositive motions will be filed by December 20, 2010.

5. <u>Pretrial Order</u>: The Pretrial Order must be filed by January 19, 2011 unless dispositive motions have been filed, in which event the Pretrial Order will be due thirty days after decision or further order of the Court.

6. <u>FRCP 26(a) (3) Disclosures</u>: The parties will make their initial disclosures no later than fourteen (14) days after the entry of this order.

Dated this ___ day of April 2010.

GORDON & SILVER LTD.

By: _____
Bradley J. Richardson, Esq.
Nevada Bar No. 1159
Joel Z. Schwarz, Esq.
Nevada Bar No. 9181
3960 Howard Hughes Parkway,
9th Floor
Henderson, Nevada 89109

Attorneys for
Defendant/Counter-Claimant/Third-Party Plaintiff, RAPID RESPONSE MARKETING, LLC;
Defendant/Counter-Claimant, KEVIN DE VINCENZI

Dated this ___ day of April 2010.

BALLARD SPAHR LLP

By: /s/ Matthew L. Moncur
Matthew L. Moncur
(*Admitted Pro Hac Vice*)
Utah One Center, Suite 800
201 South Main Street
Salt Lake City, Utah 841111-2221

Stanley W. Parry, Esq.
Nevada Bar No. 1417
Jacob D. Bundick, Esq.
Nevada Bar No. 9772
100 N. City Parkway, Suite 1750
Las Vegas, Nevada 89106

Attorneys for
Plaintiff/ Counter Defendant PMA MEDIA GROUP, INC. and Third-Party Defendant STEPHEN SCANLON

Dated this _____ day of _____, 2010.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____

Submitted By:

BALLARD SPAHR LLP

By: /s/ Matthew L. Moncur
    Matthew L. Moncur, (*Admitted Pro Hac Vice*)
    Utah One Center, Suite 800
    201 South Main Street
    Salt Lake City, Utah  841111-2221

    Stanley W. Parry, Esq.
    Nevada Bar No. 1417
    Jacob D. Bundick, Esq.
    Nevada Bar No. 9772
    100 N. City Parkway, Suite 1750
    Las Vegas, Nevada  89106

Attorneys for
Plaintiff/ Counter Defendant PMA MEDIA GROUP, INC. and Third-Party Defendant STEPHEN SCANLON