UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PMA MEDIA GROUP, INC., etc., <br><br>    Plaintiff, <br><br> vs. <br><br> RAPID RESPONSE MARKETING, LLC etc., *et al*., <br><br>    Defendant. <br><br> AND RELATED COUNTERCLAIM. | 2:10-cv-0058-JCM-RJJ <br><br><br> **ORDER** |

  IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on July 27, 2010, and September 24, 2010.

  IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

  1. Shall identify the discovery that has been completed;

  2. Shall identify the discovery that remains outstanding;

  3. Shall identify any pending discovery motions; and,

  4. Shall detail all attempts to settle the case.

DATED this __9th__ day of June, 2010.

                     _____
                     ROBERT J. JOHNSTON
                     United States Magistrate Judge