1  Stanley W. Parry, Esq., Nevada Bar No. 1417
   Daniel H. Stewart, Esq., Nevada Bar No. 11287
2  BALLARD SPAHR LLP
   100 N. City Parkway, Suite 1750
3  Las Vegas, Nevada  89106
   Telephone: (702) 471-7000
4  Facsimile: (702) 471-7070
   ParryS@ballardspahr.com
5  StewartD@ballardspahr.com

6  Matthew L. Moncur, Esq. (*Admitted Pro Hac Vice*)
   BALLARD SPAHR LLP
7  Utah One Center, Suite 800
   201 South Main Street
8  Salt Lake City, Utah  84111-2221
   Telephone: (801) 531-3000
9  Facsimile: (801) 531-3001
   MoncurM@ballardspahr.com
10
   Attorneys for Plaintiff/Counter Defendant
11 PMA MEDIA GROUP, INC.

12 and

13 Third-Party Defendant
   STEPHEN SCANLON
14
                 **UNITED STATES DISTRICT COURT**
15
                    **DISTRICT OF NEVADA**
16
   PMA MEDIA GROUP, INC. , a Utah          CASE NO.:   2:10-cv-0058-JCM-RJJ
17 Corporation,

18             Plaintiff,                  **FIRST AMENDED SCHEDULING**
   vs.                                     **ORDER**
19
   RAPID RESPONSE MARKETING, LLC, a
20 Nevada Limited Liability Company, KEVIN
   DE VINCENZI, an individual; DOES I
21 through X; and ROE CORPORATIONS XI
   through XX,
22
               Defendants.
23

24 RAPID RESPONSE MARKETING, LLC, a
   Nevada limited liability company,
25
   Counter-Claimant and
26 Third-Party Plaintiff,

27 and

28 KEVIN DE VINCENZI, an individual,

BALLARD SPAHR LLP
100 N. CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106-4614
(702) 471-7000 FAX (702) 471-7070

Counter-Claimant,

v.

PMA MEDIA GROUP, INC., a Utah corporation,

Counter-Defendant,

and

STEPHEN SCANLON, an individual,

Third-Party Defendant.

BALLARD SPAHR LLP
100 N. CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106-4614
(702) 471-7000 FAX (702) 471-7070

1.      Discovery Cut-Off Date:  Defendants first appeared on January 19, 2010. The parties propose the discovery cut-off date to be December 20, 2010, which is eleven (11) months from the date the Defendants first appeared.

2.      Amending the Pleadings and Adding Parties:  The last date to file motions to amend the pleadings or add parties is September 20, 2010.

3.      FRCP 26(a) (2) Disclosures (Experts):  Expert disclosures will be due by October 20, 2010 and rebuttal disclosures will be due by November 19, 2010.

4.      Dispositive Motions:  Dispositive motions will be filed by January 19, 2011.

5.      Pretrial Order:  The Pretrial Order must be filed by February 18, 2011 unless dispositive motions have been filed, in which event the Pretrial Order will be due thirty days after decision or further order of the Court.

1

2

Dated this 20th day of August 2010.

3

GORDON & SILVER LTD.

4

5  By: /s/Joel Z. Schwarz
         Bradley J. Richardson, Esq.
6        Nevada Bar No. 1159
         Joel Z. Schwarz, Esq.
7        Nevada Bar No. 9181
         3960 Howard Hughes Parkway,
8        9th Floor
         Henderson, Nevada  89109

9        Attorneys for
10       Defendant/Counter-Claimant/Third-
         Party Plaintiff, RAPID RESPONSE
11       MARKETING, LLC;
         Defendant/Counter-Claimant, KEVIN
12       DE VINCENZI

Dated this 20th day of August 2010.

BALLARD SPAHR LLP

By: /s/ Matthew L. Moncur
       Matthew L. Moncur
       (*Admitted Pro Hac Vice*)
       Utah One Center, Suite 800
       201 South Main Street
       Salt Lake City, Utah  841111-2221

       Stanley W. Parry, Esq.
       Nevada Bar No. 1417
       Jacob D. Bundick, Esq.
       Nevada Bar No. 9772
       100 N. City Parkway, Suite 1750
       Las Vegas, Nevada  89106

       Attorneys for
       Plaintiff/ Counter Defendant PMA
       MEDIA GROUP, INC. and Third-Party
       Defendant STEPHEN SCANLON

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BALLARD SPAHR LLP
100 N. CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106-4614
(702) 471-7000 FAX (702) 471-7070

Dated this __1ST__ day of __SEPT.__, 2010.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: __SEPTEMBER 1, 2010__

Submitted By:

BALLARD SPAHR LLP


By: /s/ Matthew L. Moncur
  Matthew L. Moncur, (*Admitted Pro Hac Vice*)
  Utah One Center, Suite 800
  201 South Main Street
  Salt Lake City, Utah  841111-2221

  Stanley W. Parry, Esq.
  Nevada Bar No. 1417
  Jacob D. Bundick, Esq.
  Nevada Bar No. 9772
  100 N. City Parkway, Suite 1750
  Las Vegas, Nevada  89106

Attorneys for
Plaintiff/ Counter Defendant PMA MEDIA
GROUP, INC. and Third-Party Defendant
STEPHEN SCANLON

BALLARD SPAHR LLP
100 N. CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106-4614
(702) 471-7000 FAX (702) 471-7070