Stanley W. Parry, Esq., Nevada Bar No. 1417
Daniel H. Stewart, Esq., Nevada Bar No. 11287
BALLARD SPAHR LLP
100 N. City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
parrys@ballardspahr.com
bundickj@ballardspahr.com

Matthew L. Moncur, Esq. (*Admitted Pro Hac Vice*)
BALLARD SPAHR LLP
Utah One Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111-2221
Telephone: (801) 531-3000
Facsimile: (801) 531-3001
moncurm@ballardspahr.com

Attorneys for Plaintiff
PMA MEDIA GROUP, INC.

and

Third-Party Defendant
STEPHEN SCANLON

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PMA MEDIA GROUP, INC., a Utah Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>RAPID RESPONSE MARKETING, LLC, a Nevada Limited Liability Company, KEVIN DE VINCENZI, an individual; DOES I through X; and ROE CORPORATIONS XI through XX,<br><br>    Defendants. | CASE NO.: 2:10-cv-0058-JCM-RJJ<br><br>**JOINT DISCOVERY STATUS REPORT** |
| RAPID RESPONSE MARKETING, LLC, a Nevada limited liability company,<br><br>Counter-Claimant and<br>Third-Party Plaintiff,<br><br>and | |

DMWEST #7817147 v2

| | |
|---|---|
| 1 | KEVIN DE VINCENZI, an individual, |
| 2 | Counter-Claimant, |
| 3 | v. |
| 4 | PMA MEDIA GROUP, INC., a Utah corporation, |
| 5 | |
| 6 | Counter-Defendant, |
| 7 | and |
| 8 | STEPHEN SCANLON, an individual, |
| 9 | Third-Party Defendant. |

Plaintiff and Counter-Defendant PMA Media Group, Inc. and Third-Party Defendant Stephen Scanlon (collectively, "PMA"), by and through their counsel of record, Stanley W. Parry, Esq., and Matthew L. Moncur, Esq., of the law firm of Ballard Spahr LLP, and Defendant/Counter-Plaintiff/Third-Party Plaintiff Rapid Response Marketing, LLC ("RRM") and Defendant/Counter-Claimant Kevin De Vincenzi ("De Vincenzi"), by and through counsel, the law firm of Gordon Silver, hereby submit their Joint Status Report to inform the Court of the status of the pending litigation pursuant to the Joint Proposed Discovery Plan and Scheduling Order.

The Parties hereby advise the Court that they have agreed to the terms of a settlement which will entirely resolve this litigation and all claims asserted therein. The parties expect to finalize the settlement shortly, at which point they will submit appropriate dismissal papers to the Court.

BALLARD SPAHR LLP
100 N. CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106-4614
(702) 471-7000 FAX (702) 471-7070

DMWEST #7817147 v2                    2

Dated this 24th day of September 2010.

        BALLARD SPAHR LLP

        By: /s/ Matthew L. Moncur
        Matthew L. Moncur, (*Admitted Pro Hac Vice*)
        Utah One Center, Suite 800
        201 South Main Street
        Salt Lake City, Utah  841111-2221

        Stanley W. Parry, Esq., NV Bar No. 1417
        BALLARD SPAHR LLP
        100 N. City Parkway, Suite 1750
        Las Vegas, Nevada  89106

        Attorneys for Plaintiff/Counter Defendant, PMA MEDIA GROUP, INC., and Third-Party Defendant, STEPHEN SCANLON

        GORDON SILVER

        By: /s/Joel Z. Schwarz
        *(Signed by Filing Attorney with Permission of Opposing Attorney)*
        Bradley J. Richardson, Esq.
        Joel Z. Schwarz, Esq.
        GORDON SILVER
        3960 Howard Hughes Parkway, Ninth Floor
        Las Vegas, NV 89169-5978

        Attorneys for Defendant/Counter-Plaintiff/Third-Party Plaintiff Rapid Response Marketing, LLC ("RRM") and Defendant/Counter-Claimant Kevin De Vincenzi