1  Stanley W. Parry, Esq., Nevada Bar No. 1417
   Daniel H. Stewart, Esq., Nevada Bar No. 11287
2  BALLARD SPAHR LLP
   100 N. City Parkway, Suite 1750
3  Las Vegas, Nevada 89106
   Telephone: (702) 471-7000
4  Facsimile: (702) 471-7070
   ParryS@ballardspahr.com
5  StewartD@ballardspahr.com

6  Matthew L. Moncur, Esq. (*Admitted Pro Hac Vice*)
   BALLARD SPAHR LLP
7  Utah One Center, Suite 800
   201 South Main Street
8  Salt Lake City, Utah 84111-2221
   Telephone: (801) 531-3000
9  Facsimile: (801) 531-3001
   MoncurM@ballardspahr.com
10
   Attorneys for Plaintiff/Counter Defendant
11 PMA MEDIA GROUP, INC.

12 and

13 Third-Party Defendant
   STEPHEN SCANLON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PMA MEDIA GROUP, INC., a Utah Corporation, | CASE NO.: 2:10-cv-0058-JCM-RJJ |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| RAPID RESPONSE MARKETING, LLC, a Nevada Limited Liability Company, KEVIN DE VINCENZI, an individual; DOES I through X; and ROE CORPORATIONS XI through XX, | |
| Defendants. | |
| RAPID RESPONSE MARKETING, LLC, a Nevada limited liability company, | |
| Counter-Claimant and Third-Party Plaintiff, | |
| and | |
| KEVIN DE VINCENZI, an individual, | |

DMWEST #7863107 v1

| | |
|---|---|
| 1 | |
| 2 | Counter-Claimant, |
| 3 | v. |
| 4 | PMA MEDIA GROUP, INC., a Utah corporation, |
| 5 | |
| 6 | Counter-Defendant, |
| 7 | and |
| 8 | STEPHEN SCANLON, an individual, |
| 9 | Third-Party Defendant. |

Based on the Stipulated Motion to Dismiss filed by Plaintiff/Counter Defendant, PMA MEDIA GROUP, INC.; Defendant/Counter-Claimant/Third-Party Plaintiff, RAPID RESPONSE MARKETING, LLC; Defendant/Counter-Claimant, KEVIN DE VINCENZI; and Third-Party Defendant, STEPHEN SCANLON, and for good cause appearing, it is hereby

ORDERED that this action and all claims asserted in it are DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Dated this 1st day of November, 2010.

IT IS SO ORDERED:

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

Submitted by:

BALLARD SPAHR LLP

By: /s/ Daniel H. Stewart
   Stanley W. Parry, Esq.
   Daniel H. Stewart, Esq.
   100 N. City Parkway, Suite 1750
   Las Vegas, NV 89106
   Telephone: (702) 471-7000

DMWEST #7863107 v1                                2