Stanley W. Parry, Esq., Nevada Bar No. 1417
Daniel H. Stewart, Esq., Nevada Bar No. 11287
BALLARD SPAHR LLP
100 N. City Parkway, Suite 1750
Las Vegas, Nevada  89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
ParryS@ballardspahr.com
StewartD@ballardspahr.com

Matthew L. Moncur, Esq. (*Admitted Pro Hac Vice*)
BALLARD SPAHR LLP
Utah One Center, Suite 800
201 South Main Street
Salt Lake City, Utah  84111-2221
Telephone: (801) 531-3000
Facsimile: (801) 531-3001
MoncurM@ballardspahr.com

Attorneys for Plaintiff/Counter Defendant
PMA MEDIA GROUP, INC.

and

Third-Party Defendant
STEPHEN SCANLON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PMA MEDIA GROUP, INC., a Utah Corporation, | CASE NO.:  2:10-cv-0058-JCM-RJJ |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| RAPID RESPONSE MARKETING, LLC, a Nevada Limited Liability Company, KEVIN DE VINCENZI, an individual; DOES I through X; and ROE CORPORATIONS XI through XX, | |
| Defendants. | |
| RAPID RESPONSE MARKETING, LLC, a Nevada limited liability company, | |
| Counter-Claimant and Third-Party Plaintiff, | |
| and | |
| KEVIN DE VINCENZI, an individual, | |

DMWEST #7863107 v1

| | |
|---|---|
| 1 | |
| 2 | Counter-Claimant, |
| 3 | v. |
| 4 | PMA MEDIA GROUP, INC., a Utah corporation, |
| 5 | |
| 6 | Counter-Defendant, |
| 7 | and |
| 8 | STEPHEN SCANLON, an individual, |
| 9 | Third-Party Defendant. |

Based on the Stipulated Motion to Dismiss filed by Plaintiff/Counter Defendant, PMA MEDIA GROUP, INC.; Defendant/Counter-Claimant/Third-Party Plaintiff, RAPID RESPONSE MARKETING, LLC; Defendant/Counter-Claimant, KEVIN DE VINCENZI; and Third-Party Defendant, STEPHEN SCANLON, and for good cause appearing, it is hereby

ORDERED that this action and all claims asserted in it are DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Dated this 1st day of November, 2010.

IT IS SO ORDERED:

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

Submitted by:

BALLARD SPAHR LLP

By:   /s/ Daniel H. Stewart
      Stanley W. Parry, Esq.
      Daniel H. Stewart, Esq.
      100 N. City Parkway, Suite 1750
      Las Vegas, NV 89106
      Telephone: (702) 471-7000